

# ZURICH

June 12, 2006

Mr. Michael McMonagle
American Reinsurance Company
American Re Plaza
555 College Road East
Princeton, NJ 08543

RE:   Facultative Reinsurance          Insured: Watts Industries
      Claim #s: various                D.O.L.: various

Dear Mr. McMonagle:

This is to follow the previous memos from our office regarding the above-mentioned claims. Per this correspondence, Zurich American wishes to request settlement on the payments made on these claims as follows:

Zurich-American Insurance Group
1400 American Lane
Schaumburg, Illinois
60196-1056

Telephone  847 605 6000
net http://www.zurichamerican.com

| Claim #: 912-0041910 | D.O.L.: 06/30/91 |
| Policy #: 6580893-00 | AmRe Claim #: 6112285 |

| | |
|---|---|
| Direct Losses Paid | $3,194,025.68 |
| Direct DJ Expenses Paid | $  406,814.70 |
| Total Subject to Reinsurance | $3,600,840.38 |

| Am Re Participation: | Indemnity | DJ Expense |
|---|---|---|
| 85% of $750,000 xs $250,000 | $ 637,500.00 | $ 81,196.71 |
| 100% of $2 mil xs $1 mil | $2,000,000.00 | $254,734.77 |
| Total Recoverable on FAC | $2,637,500.00 | $335,931.48 |

| Net Recoverable due Zurich | $2,973,431.48 |

| Claim #: 912-0041909 | D.O.L.: 06/30/92 |
| Policy #: 6580889-01 | AmRe Claim #: 6112285 |

| | |
|---|---|
| Direct Losses Paid | $3,194,025.68 |
| Direct DJ Expenses Paid | $  406,814.70 |
| Total Subject to Reinsurance | $3,600,840.38 |

| Am Re Participation: | Indemnity | DJ Expense |
|---|---|---|
| 85% of $500,000 xs $500,000 | $ 425,000.00 | $ 54,131.14 |
| 100% of $2 mil xs $1 mil | $2,000,000.00 | $254,734.77 |
| Total Recoverable on FAC | $2,425,000.00 | $308,865.91 |

| Net Recoverable due Zurich | $2,733,865.91 |

February 19, 2007
Page 2

        **Claim #: 912-0041972**        **D.O.L.: 06/30/93**
        **Policy #: 6580889-02**        **AmRe Claim #: 6112285**

| | |
|---|---|
| Direct Losses Paid | $3,194,025.65 |
| Direct DJ Expenses Paid | $ 406,814.70 |
| Total Subject to Reinsurance | $3,600,840.35 |
| | |
| Am Re Participation: | 85% of $4 mil xs $1 mil |
| Ceded Indemnity | $1,864,921.80 |
| Ceded DJ Expenses | $ 237,530.21 |
| Net Recoverable due Zurich | $2,102,452.01 |

        **Claim #: 912-0041907**        **D.O.L.: 06/30/94**
        **Policy #: 6580889-03**        **AmRe Claim #: 6112285**

| | |
|---|---|
| Direct Losses Paid | $ 3,194,025.68 |
| Direct Expenses Paid | $14,363,270.73 |
| Direct DJ Expenses Paid | $ 406,814.70 |
| Total Subject to Reinsurance | $17,964,111.11 |
| | |
| Am Re Participation: | 75% of $4 mil xs $1 mil |
| Ceded Indemnity | $ 1,645,519.26 |
| Ceded Expenses | $ 7,399,764.75 |
| Ceded DJ Expenses | $ 209,585.48 |
| Net Recoverable due Zurich | $ 9,254,869.49 |

        **Claim #: 912-0041906**        **D.O.L.: 06/30/95**
        **Policy #: 6580889-04**        **AmRe Claim #: 6112285**

| | |
|---|---|
| Direct Losses Paid | $ 3,194,025.66 |
| Direct Expenses Paid | $16,832,531.91 |
| Direct DJ Expenses Paid | $ 406,814.70 |
| Total Subject to Reinsurance | $20,433,372.27 |
| | |
| Am Re Participation: | 75% of $4 mil xs $1 mil |
| Ceded Indemnity | $ 1,645,519.25 |
| Ceded Expenses | $ 8,671,895.02 |
| Ceded DJ Expenses | $ 209,585.48 |
| Net Recoverable due Zurich | $10,526,999.75 |

February 19, 2007
Page 3

| | |
|---|---|
| **Claim #: 912-0029506** | **D.O.L.: 06/30/96** |
| **Policy #: 6580889-05** | **AmRe Claim #: 6112285** |
| Direct Losses Paid | $ 2,724,958.00 |
| Direct DJ Expenses Paid | $    406,814.70 |
| Total Subject to Reinsurance | $ 3,131,772.70 |
| **Am Re Participation:** | **75% of $4 mil xs $1 mil** |
| Ceded Indemnity | $ 1,293,718.50 |
| Ceded DJ Expenses | $    193,141.95 |
| Net Recoverable due Zurich | **$ 1,486,860.45** |

Please arrange settlement of the $29,078,479.09 due Zurich at your earliest convenience. If you have any questions concerning this bill, please contact Rachel Van der Linde at (847) 240-8067.

**Zurich North America – Reinsurance Accounting**
**Instructions for Wire Transfers and Check Lockbox**

Wire Transfer is the preferred method to receive payment at Zurich N.A.
Please use the following wiring instructions:

**LaSalle Bank**
**135 South LaSalle Street**
**Chicago, IL 60603**
**Zurich Account #5800267212**
**ABA #071000505**

For payments by check, please use the new Wholesale Lockbox:

Deliveries by USPS First Class Mail and all major couriers the Wholesale Lockbox remittance address should read exactly as follows:

**ZURICH-REINSURANCE**
**2346 PAYSPHERE CIRCLE**
**(CHICAGO IL 60674  Do not append a +4 code)**
*all caps and no punctuation is preferred

February 19, 2007
Page 4

Sincerely,

*Rodney J. Kuzera*
Rodney J. Kuzera
Accounting Analyst