DOC # 2

JUDGE SAND

07 CV 2943

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,

           Plaintiff,

-against-

MUNICH REINSURANCE AMERICA, INC.,
(f/k/a American Re-Insurance Company)

           Defendant.

---

Civ. No. _____

DISCLOSURE STATEMENT
PURSUANT TO FEDERAL
RULE OF CIVIL
PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiff ZURICH AMERICAN INSURANCE COMPANY certifies that Zurich is a wholly-owned subsidiary of ZURICH HOLDING COMPANY OF AMERICA, which in turn is a wholly-owned subsidiary of ZURICH FINANCIAL SERVICES GROUP, a publicly traded company.

Dated: April 12, 2007

           CHADBOURNE & PARKE LLP

           By _____
           Phoebe A. Wilkinson (PW-3143)
           A Member of the Firm
           Attorneys for Zurich American Insurance
           Company, as successor to Zurich Insurance
           Company, U.S. Branch
           30 Rockefeller Plaza
           New York, N.Y. 10112
           (212) 408-5100

OF COUNSEL:
CHADBOURNE & PARKE LLP
Joy L. Langford
Ellen MacDonald Farrell
1200 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 974-5600