# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4620
E-MAIL: Bfriedman@rubinfiorella.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-07

May 22, 2007

**BY HAND**
Chambers
Honorable Leonard B. Sand
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York


RECEIVED MAY 2 3 2007 CHAMBERS OF LEONARD B. SAND

RE: Zurich American Insurance Company as Successor to Zurich Insurance, U.S. Branch v. Munich Reinsurance America, Inc.
Civ No.      :   07 CV 2943 (LS)
Our File No. :   107-8714

Honorable Sir:

We are writing to request the Court's permission to adjourn the initial pre-trial conference from June 28, 2007 to July 10, 2007. This is the first request for an adjournment of the initial pre-trial conference. I have corresponded with Phoebe Wilkinson, a member of Chadbourne & Parke, who signed the Complaint filed in this action, regarding this request and have been informed that July 10 is a convenient and available date for plaintiff's counsel. An alternate adjourned date is July 11, in the event that July 10 is not convenient for the Court.

Respectfully submitted,

Bruce Friedman

Bruce M. Friedman (BF 9074)

BMF\JBE:dlb

**MEMO ENDORSED**

PTC Adjourned to 7/10/07
So ordered
5/24/07
LB Sand
USDJ