UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>　　　　　　　　Plaintiff,<br><br>　　against<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company)<br><br>　　　　　　　　Defendant. | Civ. No. 07 CV 2943 (LBS)<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Munich Reinsurance America, Inc. (f/k/a American Re-Insurance Company) certifies that the following is the corporate parent, affiliate and/or subsidiary which is publicly held:

　　Munich Re-Insurance Company. The shares of Munich Re-Insurance Company are traded on all German exchanges under the symbol MUVGN.DE.

Dated: New York, New York
　　　　June 1, 2007

　　　　　　　　　　　　　　　　　　　　　　　　RUBIN, FIORELLA & FRIEDMAN LLP

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bruce M. Friedman (BF-9074)
　　　　　　　　　　　　　　　　　　　　　　　　Rubin, Fiorella & Friedman LLP
　　　　　　　　　　　　　　　　　　　　　　　　292 Madison Avenue, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　　　　　(212) 953-2381