UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>                            Plaintiff,<br><br>                          -against-<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>                            Defendant. | 07 CV 2943 (LBS)(MHD)<br><br>**NOTICE OF MOTION FOR**<br>**ADMISSIONS PRO HAC VICE** |

        PLEASE TAKE NOTICE that, upon the annexed affidavit of Phoebe A. Wilkinson, sworn to May 22, 2007, the affidavit of Joy L. Langford, sworn to May 21, 2007 and the exhibit thereto and the affidavit of Ellen Farrell, sworn to May 24, 2007 and the exhibit thereto, and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Leonard B. Sand, at the United States Court House, 500 Pearl Street, Courtroom 15A, New York, New York, on a date to be determined by the Court, for an order, pursuant to Local Civil Rule 1.3(c), admitting Joy L. Langford and Ellen Farrell of the law firm of Chadbourne & Parke LLP pro hac vice for the purpose of representing plaintiff Zurich American Insurance Company in the above-captioned action and for such other and further relief as the Court may deem equitable and just.

PLEASE TAKE FURTHER NOTICE that plaintiff waives oral argument on this motion unless defendant serves papers in opposition in which case oral argument is respectfully requested.

A proposed form of Order is attached hereto.

Dated:   New York, New York
         June 1, 2007

                                        CHADBOURNE & PARKE LLP

                                        By _/s/ Phoebe A. Wilkinson_____
                                            Phoebe A. Wilkinson (PW-3143)
                                        Attorneys for Plaintiff
                                        30 Rockefeller Plaza
                                        New York, New York  10112
                                        (212) 408-5100


TO:  Bruce M. Friedman, Esq.
     RUBIN, FIORELLA & FRIEDMAN LLP
     Attorneys for Defendant
     292 Madison Avenue, 11th Floor
     New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>       Plaintiff,<br><br>    -against-<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>       Defendant. | 07 CV 2943 (LBS)(MHD)<br><br>**AFFIDAVIT OF PHOEBE A. WILKINSON IN SUPPORT OF MOTION FOR ADMISSIONS PRO HAC VICE** |

STATE OF NEW YORK  )
         : ss.:
COUNTY OF NEW YORK )

    PHOEBE A. WILKINSON, being duly sworn, deposes and says:

    1. I am an attorney admitted to practice law in the courts of the State of New York and at this Court. I am a partner with Chadbourne & Parke LLP, attorneys for plaintiff Zurich American Insurance Company ("Zurich") in the above-captioned action. I make this affidavit in support of plaintiff's motion for an order, pursuant to Local Civil Rule 1.3(c), admitting Joy L. Langford and Ellen Farrell of the law firm of Chadbourne & Parke LLP pro hac vice for the purpose of representing Zurich in this action. Affidavits of Ms. Langford and Ms. Farrell in support of this motion are submitted herewith.

    2. Ms. Langford is a partner with Chadbourne & Parke LLP and is resident in the firm's Washington D.C. office. Ms. Langford is a member in good standing of the bars of the District of Columbia and Virginia. Ms. Farrell is counsel to Chadbourne & Parke LLP and is also resident in the firm's Washington D.C. office. Ms. Farrell is a member in good standing of the bar of the District of Columbia. I have worked with Ms.

2

Langford and Ms. Farrell and consider them to be of the highest moral character and fitness.

   3. Ms. Langford and Ms. Farrell are fully familiar with the facts that are the subject of this action and plaintiff has requested that they represent the company herein. Ms. Langford and Ms. Farrell specialize in reinsurance, which is the subject of plaintiff's claims in this action. Their experience and knowledge of the facts at issue are critical to Zurich's representation in this action and Zurich would be substantially prejudiced if they were not allowed to appear pro hac vice on its behalf.

   4. Ms. Langford and Ms. Farrell have agreed to comply with all applicable rules governing practice before this Court and the courts of the State of New York, including all disciplinary rules, if they are admitted pro hac vice in this action. If Ms. Langford and Ms. Farrell are admitted pro hac vice, payment of the $25, per attorney, pro hac vice fee to the Clerk will be made promptly thereafter.

   5. Counsel for defendant Munich Reinsurance America has advised me that defendant has no objection to the admissions pro hac vice of Ms. Langford and Ms. Farrell.

   WHEREFORE, I respectfully request that this Court enter an order admitting Joy L. Langford and Ellen Farrell of Chadbourne & Parke LLP pro hac vice for the purpose of representing plaintiff in the above-captioned action.

_____
Phoebe A. Wilkinson (PW-3143)

Sworn to before me this
22nd day of May, 2007.

_____
Notary Public

MARY T. YELENICK
Notary Public, State of New York
No. 02-YE4928848
Qualified in New York County
Commission Expires April 04, 20_10_

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>Plaintiff,<br><br>-against-<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>Defendant. | 07 CV 2943 (LBS)(MHD)<br><br>**AFFIDAVIT OF JOY L. LANGFORD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

DISTRICT OF COLUMBIA   )
                       :   ss.:
CITY OF WASHINGTON     )

      JOY L. LANGFORD, being duly sworn, deposes and says:

      1.   I am a partner with the law firm of Chadbourne & Parke LLP ("Chadbourne"), attorneys of record for plaintiff Zurich American Insurance Company ("Zurich") in the above-captioned action and am resident in Chadbourne's Washington D.C. office. I make this affidavit in support of the motion for my admission pro hac vice for the purpose of representing Zurich in this action.

      2.   As reflected in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bars of the District of Columbia and Virginia. I have neither been suspended nor disbarred by any court. There are not now, nor have there ever been, any disciplinary proceedings against me in any jurisdiction.

      3.   There exists good cause for my admission pro hac vice based upon the following:

(i) I specialize in reinsurance and have developed familiarity with the legal issues that are the subject of this action;

(ii) I have extensive knowledge of the facts that are the subject of this action; and

(iii) Zurich has requested that I represent the Company in this action and it would suffer substantial prejudice if I were not admitted pro hac vice to represent the Company.

4. I agree to comply with all applicable rules if I am admitted to practice pro hac vice in this action. I also agree to advise the Court immediately upon any change in my standing at the bar of any other court.

5. For the foregoing reasons, I respectfully request that I be admitted pro hac vice for the purpose of representing Zurich in this action.

                                                                                       Joy L. Langford

Sworn to before me this
21st day of May, 2007.

_____
Notary Public

Jamie Moses
Notary Public District of Columbia
My Commission Expires 2/28/11

2



Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel

# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

May 29, 2007

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **JOY LYNN LANGFORD** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. LANGFORD** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 1994,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

<! -->
<! -->
<! -->
<! -->



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JOY L. LANGFORD

was on the 5TH day of AUGUST, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 4, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,

                    Plaintiff,

                    -against-

MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),

                    Defendant.

07 CV 2943 (LBS)(MHD)

**AFFIDAVIT OF ELLEN FARRELL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

---

DISTRICT OF COLUMBIA  )
                             :  ss.:
CITY OF WASHINGTON    )

      ELLEN FARRELL, being duly sworn, deposes and says:

      1. I am counsel to the law firm of Chadbourne & Parke LLP ("Chadbourne"), attorneys of record for plaintiff Zurich American Insurance Company ("Zurich") in the above-captioned action and am resident in Chadbourne's Washington D.C. office. I make this affidavit in support of the motion for my admission pro hac vice for the purpose of representing Zurich in this action.

      2. As reflected in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the District of Columbia. I have neither been suspended nor disbarred by any court. There are not now, nor have there ever been, any disciplinary proceedings against me in any jurisdiction.

      3. There exists good cause for my admission pro hac vice based upon the following:

(i) I specialize in reinsurance and have developed familiarity with the legal issues that are the subject of this action;

(ii) I have extensive knowledge of the facts that are the subject of this action; and

(iii) Zurich has requested that I represent the Company in this action and it would suffer substantial prejudice if I were not admitted pro hac vice to represent the Company.

4. I agree to comply with all applicable rules if I am admitted to practice pro hac vice in this action. I also agree to advise the Court immediately upon any change in my standing at the bar of any other court.

5. For the foregoing reasons, I respectfully request that I be admitted pro hac vice for the purpose of representing Zurich in this action.

_____
Ellen Farrell

Sworn to before me this
24th day of May, 2007.

_____
Notary Public

Jamie Moses
Notary Public District of Columbia
My Commission Expires 2/28/11

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ELLEN M. MACDONALD**

was on the  7TH  day of  JULY, 1997  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 4, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>                                   Plaintiff,<br><br>-against-<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>                                   Defendant. | 07 CV 2943 (LBS)(MHD)<br><br>**ORDER ADMITTING**<br>**JOY L. LANGFORD PRO HAC**<br>**VICE ON WRITTEN MOTION** |

       THIS MATTER having been brought before the Court by Phoebe A. Wilkinson, attorney for Plaintiff Zurich American Insurance Company as successor to Zurich Insurance Company, U.S. Branch, and said sponsor attorney's affidavit in support;

       IT IS HEREBY ORDERED that:

       Joy L. Langford
       Chadbourne & Parke LLP
       1200 New Hampshire Avenue, NW
       Washington, DC 20036
       (202) 974-5600
       (202) 974-5602 (fax)

is admitted to practice pro hac vice as counsel for Plaintiff Zurich American Insurance Company as successor to Zurich Insurance Company, U.S. Branch in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   June __, 2007
         New York, New York

<div style="text-align:right">_____<br>U.S.D.J.</div>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>Plaintiff,<br><br>-against-<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>Defendant. | 07 CV 2943 (LBS)(MHD)<br><br>**ORDER ADMITTING ELLEN FARRELL PRO HAC VICE ON WRITTEN MOTION** |

THIS MATTER having been brought before the Court by Phoebe A. Wilkinson, attorney for Plaintiff Zurich American Insurance Company as successor to Zurich Insurance Company, U.S. Branch, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Ellen Farrell
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
(202) 974-5600
(202) 974-5602 (fax)

is admitted to practice pro hac vice as counsel for Plaintiff Zurich American Insurance Company as successor to Zurich Insurance Company, U.S. Branch in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

2

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   June ___, 2007
         New York, New York

<div style="text-align:right">_____<br>U.S.D.J.</div>

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>Plaintiff,<br><br>-against-<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>Defendant. | 07 CV 2943 (LBS)(MHD)<br><br>**CERTIFICATE OF SERVICE** |

PHOEBE A. WILKINSON hereby certifies that:

1. On the 1st day of June, 2007, I caused to be served a true and correct copy of Plaintiff's Notice of Motion for Admission pro hac vice and supporting affidavits by U.S. First Class Mail, postage prepaid, upon the following attorney in this action:

> Bruce M. Friedman, Esq.
> RUBIN, FIORELLA & FRIEDMAN LLP
> Attorneys for Defendant
> 292 Madison Avenue, 11th Floor
> New York, NY 10017

_____
Phoebe A. Wilkinson