USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,

                Plaintiff,

-against-

MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),

                Defendant.

07 CV 2943 (LBS)(MHD)

**ORDER ADMITTING JOY L. LANGFORD PRO HAC VICE ON WRITTEN MOTION**

---

THIS MATTER having been brought before the Court by Phoebe A. Wilkinson, attorney for Plaintiff Zurich American Insurance Company as successor to Zurich Insurance Company, U.S. Branch, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Joy L. Langford
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
(202) 974-5600
(202) 974-5602 (fax)

is admitted to practice pro hac vice as counsel for Plaintiff Zurich American Insurance Company as successor to Zurich Insurance Company, U.S. Branch in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   June 5, 2007
         New York, New York

_____
U.S.D.J.