

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE CO.    :
                    Plaintiff,    :    CIVIL ACTION NO.: 07 Civ. 2943
                                  :
        v.                        :
                                  :
MUNICH REINSURANCE AMERICA,       :
INC.                              :
                    Defendant.    :

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Bruce M. Friedman, attorney for Munich Reinsurance America, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Robert J. Bates, Jr.

Firm Name:    Bates & Carey LLP

Address:    191 N. Wacker    Suite 2400

City/State/Zip:    Chicago, IL    60606

Telephone/Fax:    (312) 762-3132 / (312) 762-3200

Email Address:    rbates@batescarey.com

is admitted to practice pro hac vice as counsel for Munich Reinsurance America, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/12/07
City, State: New York, New York

_____
United States District/Magistrate Judge

6/24/07