UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH INSURANCE COMPANY, U.S. BRANCH,<br><br>Plaintiff,<br><br>against<br><br>MUNICH REINSURANCE AMERICA, INC., (f/k/a American Re-Insurance Company),<br><br>Defendant. | Civ. No. 07 CV 2943 (LBS)<br><br>**RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT MUNICH REINSURANCE AMERICA, INC.** |

Defendant Munich Reinsurance America, Inc. (f/k/a American Re-Insurance Company) ("MRAm"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, sets forth its Initial Disclosures. MRAm reserves the right to supplement or amend its disclosures in the event that additional facts, claims, or defenses become known through discovery or otherwise.

*DEFINITIONS*

1. *"Documents"* shall include but shall not be limited to: correspondence, facsimiles, e-mail, memoranda, reports, file notes, documents stored in a digital format, or communications (whether internal or external) of any kind.

2. *"Zurich"* means Zurich American Insurance Company.

3. *"Underlying Matters"* means the cases titled *Los Angeles Department of Water & Power, et al. ex rel. Armenta v. James Jones Co., et al.* Los Angeles County Superior Court, Case No. BC 173487 (*"Armenta"*), and *Rothschild v. James Jones Co.*, San Diego County Superior Court, Case No. 726930 (*"Rothschild"*).

4. *"Watts"* means Watts Industries Inc.

5. ***"Jones"*** means the James Jones Company

6. ***"Watts v. Zurich"*** means the coverage action entitled *Watts Industries v. Zurich American Insurance Co.*, BC 245144.

7. ***"Underlying Claimants"*** means all claimants in the Underlying Matters.

8. ***"Zurich's Insureds"*** mean Watts and Jones.

9. ***"Zurich Policies"*** means the following policies issued by Zurich to Jones and/or Watts:

| | |
|---|---|
| GLO 6580893-00 (6/30/91-6/30/92) | GLO 6580889-07 (6/30/98-6/30/99) |
| GLO 6580889-01 (6/30/92-6/30/93) | GLO 6580889-08 (6/30/99-10/18/99) |
| GLO 6580889-02 (6/30/93-6/30/94) | GLO 6580889-09 (10/18/99-10/18/00) |
| GLO 6580889-03 (6/30/94-6/30/95) | CC 6372667-02 (6/30/91-6/30/92) |
| GLO 6580889-04 (6/30/95-6/30/96) | CC 6372667-03 (6/30/92-6/30/93) |
| GLO 6580889-05 (6/30/96-6/30/97) | CC 6372667-04 (6/30/93-6/30/94) |
| GLO 6580889-06 (6/30/97-6/30/98) | CC 6372667-05 (6/30/94-6/30/95) |

**I.   *Rule 26(a)(1)(A) Disclosures***

The following individuals are likely to have discoverable information that MRAm may use to support its claims or defenses in this action:

| Name | Affiliation | Address & Telephone |
|---|---|---|
| George Cavell | MRAm, Vice President, Claims | MRAm will make its employees available upon request. |
| Michael McMonagle | MRAm, Director, Claims | |
| Thomas O'Kane | MRAm Vice President, Claims | |

***Subject of information:*** Basis for MRAm's denial of Zurich's reinsurance billing.

* * *

| | | |
|---|---|---|
| David Devinger | Zurich<br>Coverage Analyst | Schaumburg, IL<br>847/605-6000 |
| Ann L. Field, JD | Zurich<br>Vice President,<br>Reinsurance Claims &<br>Legal | Schaumburg, IL<br>847/605-6000 |
| Robert Koscelniak | Zurich<br>Vice President, Mass<br>Litigation | Schaumburg, IL<br>847/605-6000 |
| Rodney J. Kuzera | Zurich<br>Accounting Analyst | Schaumburg, IL<br>847/605-6000 |
| Dawn Renke-Brazier | Zurich<br>Mass Litigation | Schaumburg, IL<br>847/605-6000 |
| Beverly Sneddon | Zurich<br>Reinsurance Claims &<br>Legal Counsel | Schaumburg, IL<br>847/605-6000 |
| Rachel Van der Linde | Zurich<br>Reinsurance Recovery<br>Specialist | Schaumburg, IL<br>847/605-6000 |

**Subject of information:** Whether Zurich owed its insureds a duty to defend or indemnify, and Zurich's bad faith handling of the underlying claims.

\* \* \*

All attorneys retained by Zurich in *Watts v. Zurich*, in all appeals taken from that action, and in Zurich's declaratory judgment action filed in 2005, including:

**Patrick A. Cathcart, Esq.**
Hancock Rothert & Bunshoft LLP
515 S. Figueroa Street, 17th Floor
Los Angeles, CA 90071
213/623-7777

**Richard Field, Esq.**
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
213/680-6482

*Richard A. Ifft, Esq.*
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006
202/719-7000

*Richard D. Williams, Esq.*
Williams, Smyth & Jacks LLP
523 W. Sixth Street, Suite 1228
Los Angeles, CA 90014
213/943-4700

*Jerid R. Maybaum, Esq.*
Williams, Smyth & Jacks LLP
523 W. Sixth Street, Suite 1228
Los Angeles, CA 90014
213/943-4700

*Frank Su, Esq.*
Williams, Smyth & Jacks LLP
523 W. Sixth Street, Suite 1228
Los Angeles, CA 90014
213/943-4700

*Neil Selman, Esq.*
Selman Breitman LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
310/445-0800

*Sheryl W. Leichenger, Esq.*
Selman Breitman LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
310/445-0800

**Subject of information:** Factual information relating to Zurich's handling of the *Armenta* claim and activities in the coverage action and legal advice given to Zurich regarding the nature and scope of Zurich's obligations under the Zurich Policies.

\*   \*   \*

All attorneys retained by Watts and Jones in *Watts v. Zurich* and defense counsel for Watts and Jones in the Underlying Matters and appeal from *Armenta*, including:

>***Bryan D. Daly, Esq.***
>Beck, DeCorso, Daly, Kreindler & Harris
>601 W. 5th Street, 12th Floor
>Los Angeles, CA 90071
>213/688-1198
>
>***David S. MacCuish, Esq.***
>Weston Benshoof Rochefort Rubalcava MacCuish
>333 South Hope Street, 16th Floor
>Los Angeles, CA 90071
>213/576-1000
>
>***Jordan S. Stanzler, Esq.***
>Stanzler Funderburk & Castellon LLP
>180 Montgomery Street, Suite 1700
>San Francisco, CA 94104
>415/677-1450

**Subject of information:** Factual information relating to the *Armenta* Phase II litigation.

In addition, MRAm refers to and incorporates by reference all persons identified in Zurich's Initial Disclosure Statement.

## II.   *Rule 26(a)(1)(B) Disclosures*

MRAm may rely upon the following documents, among others, to support its claims or defenses in this action:

### A.   *In the possession of MRAm:*

(1)   MRAm's Facultative Certificates issued to Zurich ("the Certificates"):

| | |
|---|---|
| 6/30/91-92 | 8782992 |
| 6/30/91-92 | 8782992 |
| 6/30/92-93 | 8896425 |
| 6/30/92-93 | 8896425 |
| 6/30/93-94 | 9031142 |
| 6/30/94-95 | 9088822 |
| 6/30/95-96 | 9236266 |
| 6/30/96-97 | 9252225 |

    (2)    Non-privileged pre-litigation documents contained in MRAm's reinsurance claim file relating to Zurich's claims for reinsurance under one or more of the certificates.

    (3)    Non-privileged documents contained in MRAm's underwriting file(s) for the Certificates.

**B.**    *In the possession of Zurich:*

    (1)    All Zurich Policies.

    (2)    All Zurich claims files relating to claims submitted by Zurich's Insureds regarding the Underlying Matters, including documents relating to:

        (a)    Negotiations between or among Zurich and Zurich's Insureds regarding settlement.

        (b)    Settlement agreements entered into between the Underlying Claimants and Zurich's Insureds from 2001 to present, including the DWP Settlement Agreement and the Phase I Cities Settlement.

        (c)    Reports and opinions from Zurich's coverage counsel from 1998 to present, including: (1) whether Zurich's Insureds had established an "occurrence" under the Subject Policies; (2) whether Zurich's indemnity payments to Zurich's Insureds were based on its breach of its duty to defend; and (3) whether Zurich's breach constituted bad faith under California law.

        (d)    Zurich's reserves under the Subject Policies from first tender of claim from 1998 to present.

        (e)    Evaluations or analyses by Zurich's auditors of the legal bills submitted by Zurich's Insureds' defense counsel.

    (3)    All Zurich ceded reinsurance files pertaining to Zurich's reinsurance claim that is the subject of this litigation, Claimant No. 9120041906, et al. and Munich Re Claim No. 6112285, Master file and all related files.

    (4)    All discovery, pleadings, court transcripts, deposition transcripts, and orders in *Watts v. Zurich*.

    (5)    All pleadings, transcripts, appendices, and orders in all appeals taken by Zurich from *Watts v. Zurich*.

(6)     All discovery, pleadings, hearing transcripts, deposition transcripts, and orders from the declaratory judgment action filed by Zurich in January 2005 in California state court, No. BC 326747, against Watts and Federal Insurance Company in connection with Zurich's four excess policies.

(7)     All discovery, pleadings, court transcripts, deposition transcripts, and orders in the Underlying Matters.

### III.    *Rule 26(a)(1)(C) & (D)*

Not applicable to MRAm.

Respectfully submitted,

*Robert J Bates Jr* (signature)

Robert J. Bates, Jr.
Maryann C. Hayes
Bates & Carey LLP
191 North Wacker
Suite 2400
Chicago, IL 60606
(312) 762-3100


Bruce M. Friedman (BF-9074)
Rubin, Fiorella & Friedman LLP
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381

Attorneys for Defendant
Munich Reinsurance America, Inc.


Dated:  July 27, 2007


6163/229921